IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CRAIG IVAN GILBERT,

      Plaintiff,

v.                              CASE NO. 1:17-cv-229-MW-GRJ

NORTH FLORIDA EVALUATION
and TREATMENT CENTER,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a "notice of removal" construed as a prisoner civil rights complaint, ECF. No. 1, and a motion for leave to proceed as a pauper, ECF No. 2. The IFP motion was deficient because Plaintiff failed to include a copy of his six-month account statement. The Court afforded Plaintiff an opportunity to correct the deficiency, and extended the time to do so until December 3, 2017. ECF Nos. 4, 7. The Court's most recent order was mailed to Plaintiff at his last address of record but was returned as undeliverable. ECF No. 8. Plaintiff has failed to file a change of address with the Court, and the Court has no means of contacting Plaintiff.

Accordingly, it is respectfully **RECOMMENDED** that leave to proceed as a pauper, ECF No. 6, should be denied and that this case should be

**DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

    **IN CHAMBERS** in Gainesville, Florida this 11th day of December 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## <u>NOTICE TO THE PARTIES</u>

    **Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.