# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

CRAIG IVAN GILBERT,

    Plaintiff,

v.                                     Case No. 1:17cv229-MW/GRJ

NORTH FLORIDA EVALUATION
AND TREATMENT CENTER,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Leave to proceed as a pauper is **DENIED**. ECF No. 6. This case is **DISMISSED** without prejudice for failure to

---

[1] This Court notes that Plaintiff has not kept the Clerk advised of his current address as evidenced by returned mail. ECF No. 12.

1

prosecute and failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on January 10, 2018.**

<u>s/Mark E. Walker</u>     
**United States District Judge**
